CHARLES WENTZLER, RESPONDENT, v. SOLOMON ALDRICH, APPELLANT.

APPEAL from a judgment in favor of the plaintiff, entered upon the report of a referee. The General Term was of the opinion that the evidence in this case was sufficient to sustain the findings of the referee, and affirmed the judgment.

*Edward K. Clark*, for the appellant.

*R. H. Root*, for the respondent.

Opinion by BOARDMAN, J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

Judgment affirmed.

LUCIUS E. GREEN AND ANOTHER, PLAINTIFFS, v. PERRY N. ELDRED, DEFENDANT.

MOTION for a new trial on exceptions ordered to be heard in the first instance at the General Term, after a verdict directed for the plaintiff. The only question presented upon this appeal was as to the proper construction to be given to a deed under which the plaintiff claimed. The General Term was of the opinion that the deed was properly construed by the judge at the Circuit, and ordered judgment for the plaintiff.

*Martin I. Townsend*, for the defendant.

*Esek Cowen*, for the plaintiffs.

Opinion by BOARDMAN, J.

Present — BOARDMAN and JAMES, JJ.

New trial denied, and judgment ordered for the plaintiff, with costs.